# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CHERYL A. ROBERSON  
      710 N. SUNSET AVENUE  
      ROCKFORD, IL  61101

SSN-xxx-xx-2516

Case Number: 04-74185

Case filed on: 8/19/2004  
Plan Confirmed on: 11/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,928.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 |
|  | Total Legal | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 |
| 999 | CHERYL A. ROBERSON | 0.00 | 0.00 | 13.65 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 13.65 | 0.00 |
| 001 | HEIGHTS FINANCE | 665.07 | 665.07 | 665.07 | 143.33 |
| 002 | CHASE MANHATTAN MORTGAGE CORPORATION | 5,080.11 | 5,080.11 | 5,080.11 | 0.00 |
| 002 | CHASE MANHATTAN MORTGAGE CORPORATION | 550.00 | 550.00 | 550.00 | 0.00 |
| 011 | HEIGHTS FINANCE | 1,034.93 | 1,034.93 | 1,034.93 | 222.44 |
|  | Total Secured | 7,330.11 | 7,330.11 | 7,330.11 | 365.77 |
| 001 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HELVEY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 425.63 | 425.63 | 425.63 | 0.00 |
| 007 | NICOR GAS | 315.82 | 315.82 | 315.82 | 0.00 |
| 008 | ROCKFORD MERCANTILE AGENCY INC | 498.70 | 498.70 | 498.70 | 0.00 |
| 009 | STATE OF IL. DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HEIGHTS FINANCE | 605.13 | 605.13 | 605.13 | 0.00 |
| 012 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,845.28 | 1,845.28 | 1,845.28 | 0.00 |
|  | Grand Total: | 10,739.39 | 10,739.39 | 10,753.04 | 365.77 |

Total Paid Claimant:  $11,118.81  
Trustee Allowance:  $809.19  
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008         By  /s/Heather M. Fagan